IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) | |
| DENTON COUNTY, | ) | 4:17-CV-614 |
| Defendant. | ) ) ) ) ) ) ) | |

# ORDER

Before the Court is the Defendant's Motion for Protective Order or "Gag" Order and Request for Expedited Hearing. The Court, having reviewed the briefing and arguments presented, finds that the Defendant's Motion should be denied at this time.

**SIGNED this 11th day of September, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE